CENTRAL OF GEORGIA RAILWAY COMPANY *v.* BOWEN.

SIMMONS, C. J. 1. The plaintiff in a justice's court has the right to amend his account or statement of his cause of action attached to the summons by setting forth the same more specifically and fully, and there was no error in overruling the demurrer to the summons thus amended.

2. On the trial of a suit against a railway company for damages for killing live stock, where there is some evidence authorizing the jury to find that the agents of the company were not in the exercise of due care and diligence to avoid the injury, this court will not reverse the judgment of the court below, overruling the petition for certiorari, on the ground that the verdict was contrary to the evidence.

*Judgment affirmed. All the Justices concurring.*

Submitted June 17, — Decided July 28, 1899.

Certiorari. Before Judge Falligant. Effingham superior court. November term, 1898.

*A. C. Wright,* for plaintiff in error.
*R. W. Sheppard,* contra.

---

MAYOR AND COUNCIL OF MACON *v.* RYLE.

COBB, J. There being no error of law complained of, and the evidence, though conflicting, authorizing the judgment rendered by the judge of the city court presiding without a jury, there was no error in his refusal to grant a new trial in the case.

*Judgment affirmed. All the Justices concurring.*

Argued June 6,—Decided July 28, 1899.

Action for damages. Before Judge Ross. City court of Macon. August 17, 1898.

*Minter Wimberly,* for plaintiff in error.
*Kibbee & Crump,* contra.